# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

United States of America )
v. )
) Case No: 4:01CR70027-011
Damion O. Roberts )
) USM No: 61922-053
Date of Previous Judgment: September 7, 2004 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

*[FILED stamp: CLERK'S OFFICE U.S. DIST. COURT AT LYNCHBURG, VA FILED APR 25 2008 JOHN F. CORCORAN, CLERK BY: /s/ DEPUTY CLERK]*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to** __120 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 30 | Amended Offense Level: | 26 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120* to ___ months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

The Government has objected to a reduction based on aspects of Defendant's pre- and post-sentencing conduct. Finding that the pre-sentencing conduct is adequately accounted for under the amended guideline range and that the post-sentencing conduct is adequately addressed by Bureau of Prisons procedures, and upon consideration of the factors set forth in 18 U.S.C. § 3553(a) and U.S.S.G. § 1B1.10, the Government's objections are overruled and Defendant's sentence is reduced as provided above.
*Bottom of range is a statutory minimum

Except as provided above, all provisions of the judgment dated __9/7/2004__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 25, 2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title